UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERONIMO GALVAN, *on behalf of himself and others similarly situated*,<br><br>                          Plaintiffs,<br><br>                      -v.-<br><br>FRESH FARM & FISH, INC. *d/b/a* FARM & FISH, and KUNG HONG MIN,<br><br>                        Defendants. | 21 Civ. 5826 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On November 17, 2021, the Court learned that the parties have reached an agreement on all issues in this case during a court-ordered mediation conference. (Dkt. #13). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before December 22, 2021, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

      SO ORDERED.

Dated:  November 18, 2021
            New York, New York

                                                        KATHERINE POLK FAILLA
                                                     United States District Judge