UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JERONIMO GALVAN, on behalf of himself and         :     Case No. 21-CV-5826
others similarly situated,                                              :     (KPF) (KNF)
                                                                                :
                       Plaintiff,                                :
                                                                                :
   -against-                                                       :
                                                                                :
FRESH FARM & FISH, INC. d/b/a FARM & FISH, and    :
KUNG HONG MIN,                                                  :
                                                                                :
                       Defendants.                         :
-----------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on July 7, 2021, plaintiff Jeronimo Galvan ("Plaintiff") filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, the matter was commenced as a collection action, but Plaintiff did seek to conditionally certify the action, and no individuals received notice thereof;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

2

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
December 21, 2021

| For the Plaintiff: | For the Defendants: |
|---|---|
| CILENTI & COOPER, PLLC | HANG & ASSOCIATES, PLLC |
| By: _____ | By: _____ |
| Justin Cilenti | Ge Qu |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 200 Park Avenue – 17th Floor | 136-20 38th Avenue, Suite 10G |
| New York, New York 10166 | Flushing, New York 11354 |
| (212) 209-3933 | (718) 353-8588 |

Date:   December 27, 2021
        New York, New York

So Ordered

_____
Hon. Katherine Polk Failla,
U.S.D.J.